COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:      01-15-00921-CV

Style:             Mark Trimble, individually and as assignee for I.B. and Mildred Henderson v. Federal National Mortgage Association

Date motion filed:  February 16, 2016

Type of Motion:    Objection to Mediation

Party filing motion:  Appellant

It is **ordered** that Appellant's objection to mediation is granted. We withdraw our Mediation Order dated November 19, 2015.

Judge's signature:  /s/ Harvey Brown
                   X Acting individually

Date:  February 23, 2016

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:  Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).